No. P66/147.—Empire Findings Co., Inc. v. United States, protest 65/18118 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of parts of stethoscopes similar in all material respects to those the subject of *Empire*

*Findings Co., Inc.* v. *United States* (51 Cust. Ct. 262, Abstract 68126), the claim of the plaintiff was sustained.